BROOKTROUT, INC., (now known as Cantata Technology, Inc.), Plaintiff–Appellee,

v.

EICON NETWORKS CORPORATION, and Eicon Networks, Inc., Defendants–Appellants.

No. 2006–1288.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2007.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All other pending motions are moot.

(3) All sides shall bear their own costs.

FAUS GROUP, INC., Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Unilin Beheer B.V., Flooring Industries, Ltd., and Unilin Flooring N.C. LLC, Intervenors.

No. 2007–1309.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).